# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JONES** | : | **CIVIL ACTION** |
| *Petitioner-pro se* | : | |
| | : | **NO. 16-1265** |
| **v.** | : | |
| | : | |
| **THERESA DELBALSO,** *et al.* | : | |
| *Respondents* | : | |

## ORDER

**AND NOW**, this 18th day of January 2017, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, it is hereby **ORDERED** that:

1.  The Petitioner's objections to the Report and Recommendation are **OVERRULED**;

2.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

3.  The petition for writ of *habeas corpus* is **DENIED**; and

4.  No probable cause exists to issue a certificate of appealability.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*